**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2020

**SO ORDERED**

**BY ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
New York, New York 10007

The sentencing is scheduled for Thursday, September 24, 2020 at 10:00 a.m.

George B. Daniels
HON. GEORGE B. DANIELS

Re: *United States v. Angel Navaro*, 18 Cr. 120 (GBD)

Dear Judge Daniels:

The Government submits this letter to respectfully request that the Court schedule a sentencing date for the defendant, approximately three months' from now, on a date and time that is convenient for the Court. The Government also requests that the PSR be ordered at this time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Nicholas Folly
Nicholas Folly / Andrew K. Chan
Assistant United States Attorneys
(212) 637-1060 / 1072

Cc: Samidh Guha, Esq. (ECF)